IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) )   Case No.: 1:19-mc-00001-JDB-jay |
| TOMMY O'BRYANT, | ) ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Before the Court is Petitioner's, Sedgwick Claims Management Services, Inc. ("Sedgwick"), Motion to Dismiss. (D.E. 17). This matter has been referred to the Magistrate Judge for report and recommendation. (D.E. 18). For the following reasons, the Magistrate Judge recommends that this Court GRANT Petitioner's Motion to Dismiss.

On January 18, 2019, Sedgwick filed a Motion to Quash a Subpoena issued by Tommy O'Bryant to Sedgwick in connection with a civil action pending before the United States District Court for the Southern District of Mississippi, docket number 1:18-cv-00008-LG-JCG. (D.E. 1). Petitioner, in its Motion to Dismiss, states that the pending case has since been dismissed by granting summary judgment. Petitioner attached the order from the United States District Court for the Southern District of Mississippi granting Defendants' Motion for Summary Judgment and associated judgment as exhibits to the Motion to Dismiss. (D.E. 17-1 and 17-2). Consequently, the subpoena at the basis of Petitioner's Motion to Quash is now moot.

## **CONCLUSION**

For all these reasons, the Magistrate Judge recommends that this Court dismiss Petitioner's Motion to Quash without prejudice.

Respectfully Submitted this 18th day of June, 2019.

s/Jon A. York
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATION MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATION. 28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**