IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SEDGWICK CLAIMS MANAGEMENT
    SERVICES, INC.,

    Petitioner,

v.                                                                            No. 1:19-mc-00001-JDB

TOMMY O'BRYANT,

    Defendant.

---

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION,
DISMISSING CASE, AND TERMINATING ALL PENDING MOTIONS

---

On January 18, 2019, Sedgwick Claims Management Services, Inc. ("Sedgwick"), filed a motion to quash a subpoena issued by Tommy O'Bryant in connection with a civil action pending before the United States District Court for the Southern District of Mississippi, docket number 1:18-cv-00008-LG-JCG. (Docket Entry ("D.E.") 1.) This Court initially referred the matter to United States Magistrate Judge Jon A. York on January 23, 2019. (D.E. 6.) Sedgwick then filed a motion to dismiss its motion to quash on June 4, 2019, as the underlying case in the Southern District of Mississippi had been dismissed upon a motion for summary judgment. (D.E. 17.) The Court referred the motion to dismiss to Magistrate Judge York for a report and recommendation, (D.E. 18), which he submitted on June 18, 2019, recommending that the matter be dismissed. (D.E. 19.) Neither party objected to the report, and the time to do so has expired. Therefore, upon review of the magistrate judge's report and recommendation, the Court ADOPTS Judge York's report and recommendation. The motion to quash is DISMISSED WITHOUT PREJUDICE, and all pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 10th day of July, 2019.

              <u>s/ J. DANIEL BREEN</u>
              UNITED STATES DISTRICT JUDGE